ANN LEDDY, as Administratrix de Bonis Non of the Estate of JAMES J. LEDDY, Deceased, Appellant, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Respondent.

*Leddy* v. *Lake Shore & M. S. Ry. Co.*, 151 App. Div. 898, appeal dismissed.

(Submitted February 24, 1913; decided March 4, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 31, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

The motion was made upon the ground that the appeal was unauthorized, the affirmance by the Appellate Division having been unanimous and permission to appeal not having been obtained.

*Thomas D. Powell* for motion.

*John T. Ryan* opposed.

Motion granted and appeal dismissed, with ten dollars costs.